HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CELINA MARTINEZ,<br><br>    *Defendant,* | Case No. 1:25-CR-00099-9 JLT-SKO<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Celina Martinez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. The Federal Defenders Office has a conflict.

On October 21, 2025, a Redacted Second Superseding Indictment was issued in the above captioned case. Ms. Martinez had an initial appearance on the allegations in the Northern District of California on October 21, 2025, at which time the Court appointed counsel and ordered Ms. Martinez released, and set her initial appearance in this district on November 4, 2025. Counsel in the Eastern District of California is needed in this matter to provide representation on Ms. Martinez' case going forward.

After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel Timothy Hennessy be promptly appointed *nunc pro tunc* as November 3, 2025.

DATED: November 3, 2025              */s/ Peggy Sasso*
                                      PEGGY SASSO
                                      First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Timothy Hennessy *nunc pro tunc* as of November 3, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **November 3, 2025**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE