**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email: tph@hennessyatlaw.com

Attorney for:
**CELINA MARTINEZ**

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**CELINA MARTINEZ**<br><br>    Defendants. | **Case No.**1:25-cr-00099-JLT-SKO<br><br>WAIVER OF DEFENDANT'S APPEARANCE<br><br><br>Judge: Stanley A. Boone |

Pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, Defendant, CELINA MARTINEZ, hereby waives the right to be present in person or in open court upon the hearing of any motion or other proceedings in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby request the Court to proceed during every absence of her which the Court my permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Counsel respectfully requests the waiver be granted for the following reasons:

Waiver of Defendant's Appearance                    1

1. Ms. Martinez is currently under pretrial supervision in the California Northern District.

2. Ms. Martinez resides in San Jose, California.

3. Ms. Martinez and her family share one vehicle, this would cause a finical hardship for her and her family as they would need to pay for Ubers to get around if she takes the one vehicle they share.

4. Ms. Martinez has children she needs to drop off and pick up from school, on such short notice she will not be able to prepare for someone else to drop off and pick up her children.

5. Ms. Martinez is employed and would not be able to request the time off in such a short time.

6. Ms. Martinez has maintained constant contact with counsel and waiver her presence in this matter is requested.

Defendant further acknowledges that she has been informed of her rights Title 18 U.S.C. §§3161-3174 (Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without defendant being present.

Date: May 19, 2026                                                /s/ *Celina Martinez*
                                                                          CELINA MARTINEZ

Date: May 19, 2026                                                /s/ *Timothy Hennessy*
                                                                          TIMOTHY HENNESSY
                                                                  Attorney for Celina Martinez

2

**O R D E R**

   **IT IS SO ORDERED**. Defendants, Celina Martinez, is hereby excused from appearing at the hearing scheduled for Wednesday, May 20, 2026.

IT IS SO ORDERED.

Dated:   **May 19, 2026**

_____
UNITED STATES MAGISTRATE JUDGE