**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
**CELINA MARTINEZ**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CELINA MARTINEZ**,<br><br>Defendant | Case No.: 1:25-cr-00099-JLT-SAB<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE ERIN GUY CASTILLO AND ARELIS M. CLEMENTE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CELINA MARTINEZ, by and through her attorney of record, Timothy Hennessy hereby requesting that she be allowed to travel out of Santa Clara County from July 22, 2026, to July 25, 2026.

Ms. Martinez would like to travel to see her son, who has been in Naval training, he will be traveling back to San Diego to report to his Naval base and await his orders. Ms. Martinez would like to accompany him because she does not know when she will see or spend time with him next. Ms. Martinez will travel from San Jose to San Fransico International Airport to San Diego International Airport. Once she arrives in San Diego she will be staying at the Navy Lodge North Island. Ms. Martinez will be traveling with her mother and son. Ms. Martinez has

been following all the terms of her supervised release. I have spoken to AUSA Arelis M. Clemente, and she has no objection to allowing the defendant to travel.

/

//

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:7/15/2026

***/s/ Timothy Hennessy***

TIMOTHY HENNESSY
Attorney for Defendant
CELINA MARTINEZ

DATED:7/15/2026

***/s/Arelis M. Clemente***

ARELIS M. CLEMENTE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the defendant be allowed to travel to San Diego from San Francisco International Airport in order to visit her son who is in Naval training from July 22, 2026, to July 25, 2026.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE